LEONARD G. KIRK, Appellant, *v.* BERNARD CRYSTAL,
Respondent.

*Kirk* v. *Crystal,* 118 App. Div. 32, affirmed.
(Argued October 7, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
19, 1907, affirming a judgment in favor of defendant entered
upon a dismissal of the complaint by the court at a Trial Term
in an action for conversion.

*James E. Duross* and *William Steele Grey* for appellant.

*Harold Swain* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

PERCY N. FURBER, Respondent, *v.* NATIONAL METAL COMPANY,
Appellant.

*Furber* v. *National Metal Co.,* 118 App. Div. 263, affirmed.
(Submitted October 7, 1908; decided October 23, 1908.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered March
22, 1907, reversing so much of a judgment in favor of plaintiff
entered upon a verdict directed by the court as failed to award
to him possession of certain shares of stock and granted a new
trial in an action of replevin.

*Samuel Riker, Jr.,* for appellant.

*Arthur Furber* for respondent.

Order affirmed and judgment absolute ordered against
appellant on the stipulation, with costs in all courts, on opinion
of CLARKE, J., below.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.